UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jacqueline Swanson,

      Plaintiff,                    Civil No.07-1304 (RHK/AJB)

vs.                                   **DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

Wyeth, a/k/a Wyeth, Inc., f/k/a
American Home Products Corporation,
Wyeth Pharmaceuticals, a division of Wyeth,
a/k/a Wyeth Pharmaceuticals, Inc., f/k/a
Wyeth-Ayerst Pharmaceuticals, Inc.,

      Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: February 23, 2007

                                                   s/Richard H. Kyle
                                                 RICHARD H. KYLE
                                                 United States District Judge